ACCEPTED
01-14-00535-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 1:13:38 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00535-CV

| | | |
|---|---|---|
| GREGORY R. MATTOX AND BARBARA WILKERSON, Appellants, | § § § § § | IN THE FIRST COURT OF APPEALS |
| v. | § § | COURT OF APPEALS |
| GRIMES COUNTY COMMISSIONERS' COURT, Appellee. | § § § § | HOUSTON, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/22/2015 1:13:38 PM
CHRISTOPHER A. PRINE
Clerk

## <u>ATTORNEY FOR APPELLANTS PRESENTING ORAL ARGUMENT</u>

TO THE HONORABLE FIRST COURT OF APPEALS:

Gary L. Leonard, Attorney for Appellants, Gregory R. Mattox and Barbara Wilkerson, will present the oral argument on June 3, 2015 on Appellants' behalf.

RESPECTFULLY SUBMITTED,

_____
By: Gary L. Leonard
State Bar No. 12209300
6414 Pinewood Trace Ln,
Houston, Texas 77041-7239
Telephone: (832) 243-9733
Telecopier: (832) 201-8398
glleonard@glleonardlaw.com

**Attorney for Appellants**

## CERTIFICATE OF SERVICE

I, certify that a copy of the foregoing document was served on the parties to this suit, through their counsel of record, listed below, via certified mail return receipt requested or facsimile transmission or electronic filing on May 22, 2015.

| | |
|---|---|
| Jon C. Fultz<br>382 FM 149 West<br>Anderson, TX 77830<br>Telephone: (936) 873-6455<br>Telecopier: (936) 873-6457<br>jon.fultz@co.grimes.tx.us | Attorney for Appellee<br><br>____ certified mail return receipt requested<br>____ facsimile transmission<br> X  electronic mail |

_____
Gary L. Leonard